UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Integrity Engineering, Inc. and Ron Westby,<br><br>Plaintiffs,<br><br>vs.<br><br>Federal-Hoffman, Inc., Charles Leroy Bedbury, and James Herald Anderson,<br><br>Defendants. | Court File No. 00-1563 (JMR/RLE)<br>Judge Rosenbaum/Magistrate Judge Erickson<br><br>**ORDER** |

Based upon the Stipulation of counsel,

**IT IS HEREBY ORDERED** that:

1. Neither the named defendants nor Hoffman Enclosures Inc. shall be required to Answer or otherwise plead in response to the Complaint that was served on or about June 30, 2000;

2. The plaintiffs shall file and serve an Amended Complaint naming as a defendant Hoffman Enclosures Inc. in the place and stead of Federal-Hoffman, Inc.;

3. Henson & Efron, P.A. shall accept service of the Amended Complaint on behalf of Hoffman Enclosures Inc., Charles Leroy Bedbury and James Harold Anderson; and

4. The defendants shall have thirty (30) days from and after the date of service to Answer or otherwise plead in response to the Amended Complaint.

**BY THE COURT:**

Dated: July 31, 2000.

Raymond L. Erickson
United States Magistrate Judge

FILED AUG 01 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________