**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Court File No. 00-1563 JMR/RLE

**Integrity Engineering, Inc. and**
**Ron Westby,**

Plaintiffs,

vs.

**Hoffman Enclosures, Inc.,**
**Charles Leroy Bedbury and**
**James Harold Anderson,**

Defendants.

---

**STIPULATION FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER AND ORDER**

WHEREAS, Defendants scheduled a Motion for Summary Judgment for hearing before the Court on October 26, 2001 in accordance with the Court's pretrial order dated November 7, 2000;

WHEREAS, the parties have requested and received a rescheduled oral argument date for the hearing of Defendants' Summary Judgment Motion on Friday, November 30, 2001;

WHEREAS, counsel for the parties have discussed and agreed upon a briefing schedule for summary judgment briefs whereby all summary judgment briefing materials would be filed with the Court on or before November 6, 2001, well before the rescheduled November 30, 2001 hearing of the summary judgment argument.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that paragraph IX of the Court's pretrial scheduling order of November 7, 2000 be amended as follows:

That all dispositive Motions shall be filed on **November 6, 2001** and the Hearing thereon completed on **November 30, 2001**.

FILED OCT 24 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______

Dated: October 17, 2001

**PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.**

By: ______________________
Donald W. Niles (#160684)
Norman M. Abramson (#241981)

4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-349-5740

*ATTORNEYS FOR PLAINTIFFS*

Dated: October 17, 2001

**HENSON & EFRON, P.A.**

By: ______________________
David Bradley Olsen (#197944)

1200 Title Insurance Building
400 Second Avenue South
Minneapolis, MN 55401
Telephone: 612-339-2500

*ATTORNEYS FOR DEFENDANTS*

**ORDER**

Based upon the foregoing stipulation, it is hereby ordered that paragraph IX of the pretrial scheduling order of November 7, 2000 is amended as follows:

That all dispositive Motions shall be filed on **November 6, 2001** and the Hearing thereon completed on **November 30, 2001**.

~~Nov~~ October 23rd, 2001

BY THE COURT:

______________________
James M. Rosenbaum
United States District Court Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500