UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1563(JMR/RLE)

Integrity Engineering, Inc., and Ron Westby )
)
v. ) ORDER
)
Hoffman Enclosures, Inc., et al. )

This matter is before the Court on defendants' motion for summary judgment. The Court heard oral argument on November 30, 2001. Based on the files, records, and proceedings herein, IT IS ORDERED that:

Defendants' motion for summary judgment is denied.

Dated: November 30th, 2001

JAMES M. ROSENBAUM
United States Chief District Judge

24

FILED DEC 4 2001
RICHARD D. SLETTEN
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS