UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1563 (JMR/RLE)

Integrity Engineering, Inc. )
)
v. ) ORDER
)
Hoffman Enclosures, Inc., et al. )

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: April 23d, 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

APR 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______