UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 00-1563 JMR/RLE

Integrity Engineering, Inc. and
Ron Westby,

Plaintiffs,

vs.

Hoffman Enclosures Inc., Charles Leroy Bedbury
and James Harold Anderson,

Defendants.

**STIPULATION FOR DISMISSAL OF ACTION, CORRECTION OF INVENTORSHIP, AND ORDER**

## STIPULATION

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties having reached a settlement of this action hereby stipulate to the dismissal of this action with prejudice, with each party bearing their own costs, expenses and attorneys fees.

The parties further stipulate that Ronald Keith Westby is an inventor who through error and without any deceptive intention on the part of Mr. Westby, the named inventors or their assigns was not named as an inventor on U.S. Patent No. 5,736,194; and that the Court pursuant to 35 U.S.C. § 256 may enter an order, based upon this stipulation and upon the factual materials already before the Court, directing the United States Patent and Trademark Office to correct U.S. Patent No. 5,736,194 by adding Ronald Keith Westby as an inventor and issuing a corrected certificate accordingly.

FILED
RICHARD D. SLETTEN, CLERK
MAY 21 2002

Dated: May 7, 2002

**PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.**

By: ______________________
Donald W. Niles (#160684)
Norman M. Abramson (# 241982)
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 349-5740
Attorneys for Plaintiffs

Dated: May 7, 2002

**HENSON & EFRON, P.A.**

By: ______________________
David Bradley Olsen (#197944)
~~Suite #1800~~
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 339-2500
Attorneys for Defendants

**ORDER**

Based upon the foregoing stipulation and the evidence previously before the Court in connection with the inventorship issue raised in this litigation, **IT IS ORDERED** that:

1. This action is dismissed with prejudice, each party to bear their own costs, disbursements and attorneys' fees.

2. Pursuant to 35 U.S.C. § 256, the Director of the United States Patent and Trademark Office shall add Ronald Keith Westby as an additional inventor of U.S. Patent No. 5,736,194 and issue a corrected certificate accordingly.

**BY THE COURT:**

Dated: May 17th, 2002.

______________________
JAMES M. ROSENBAUM, Chief
United States District Judge

178489.WPD